# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJORN ERIK HAAPANIEMI,<br><br>    Petitioner,<br><br>  v.<br><br>ARIZA,<br><br>    Respondent. | Case No. 1:23-cv-00635-SAB-HC<br><br>ORDER VACATING ORDER AUTHORIZING IN FORMA PAUPERIS STATUS, DENYING PETITIONER'S MOTION FOR COURT TO DEBIT FEE FROM TRUST ACCOUNT, AND DIRECTING PETITIONER TO PAY FILING FEE<br><br>(ECF Nos. 2, 4) |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court previously authorized Petitioner to proceed in forma pauperis in this action. (ECF No. 4.) However, Petitioner has requested that the Court debit the filing fee from his trust account[1] because "he cannot effect the payment himself" due to alleged obstructive conduct by FCI Mendota. (ECF No. 2.)

    There is no mechanism by which the Court can debit the filing fee from Petitioner's trust account directly. If Petitioner continues to encounter difficulties at his institution with respect to effecting payment of the filing fee, Petitioner should inform the Court.[2]

///

---

[1] Petitioner alleges that his current balance is $1756.01 and will be $4256.01 in the future due to a tort settlement.

[2] Petitioner should provide the Court with a copy of his request for payment and any response from the institution to Petitioner's request.

1

Accordingly, the Court HEREBY ORDERS:

1. The order authorizing in forma pauperis status (ECF No. 4) is VACATED;
2. Petitioner's motion for court to debit filing fee from trust account (ECF No. 2) is DENIED; and
3. Within **THIRTY (30) days** of the date of service of this order, Petitioner SHALL PAY the $5.00 filing fee.

IT IS SO ORDERED.

Dated: __**July 25, 2023**__

UNITED STATES MAGISTRATE JUDGE