# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJORN ERIK HAAPANIEMI,<br><br>    Petitioner,<br><br>    v.<br><br>ARIZA,<br><br>    Respondent. | Case No. 1:23-cv-00635-SAB-HC<br><br>ORDER FOR PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER AND PAY FILING FEE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 25, 2023, this Court vacated Petitioner's in forma pauperis status and ordered that within thirty days of the date of service of the order, Petitioner was to pay the $5.00 filing fee. (ECF No. 7.) To date, Petitioner has not paid the filing fee or otherwise informed the Court that he continues to encounter difficulties at his institution with respect to effecting payment of the filing fee.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." This includes dismissal of an action for failure to comply with the Court's orders. See Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that

courts may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders).

Accordingly, Petitioner is ORDERED to SHOW CAUSE within **TWENTY-ONE (21) days** from the date of service of this order why the petition should not be dismissed for failure to pay the filing fee.

Petitioner is forewarned that failure to follow this order will result in a recommendation for dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:   **September 22, 2023**

UNITED STATES MAGISTRATE JUDGE